Richard D. Meadow, Esq.
W. Mark Lanier, Esq.
Catherine Heacox, Esq.
**THE LANIER LAW FIRM, PLLC**
126 East 56th Street, 6th Floor
New York, New York 10022
Tel: (212) 421-2800

*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION (MDL-2092) | Master File No.: 2:10-CV-2039IPJ |
| This Document Relates To: **KELLY BANDUCCI** Plaintiff, | DOCKET No.: |
| v. | CIVIL ACTION |
| **PFIZER INC.,** Defendant. | COMPLAINT & JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1. Plaintiff, Kelly Banducci, states and incorporates by reference the portions indicated below of Plaintiffs' Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092.

2. In addition to the below-indicated portions of the Master Consolidated Complaint adopted by the plaintiff and incorporated by reference herein, Plaintiff hereby alleges as follows:

## VENUE

3. Venue for remand and trial is proper in the following federal judicial district: United States District Court, District of Oregon.

## IDENTIFICATION OF PLAINTIFF(S) AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Chantix: Kelly Banducci, town of Clackamas, county of Clackamas, state of Oregon.

## CASE SPECIFIC FACTS REGARDING CHANTIX USE AND INJURIES

5. The Plaintiff Kelly Banducci began using CHANTIX as prescribed and indicated on or about the following date: September 18, 2008.

6. CHANTIX caused serious injuries and damages including but not limited to the following: Agitation, extreme changes in mood and behavior, vivid and unusual dreams, depression, suicidal ideation, and ultimately caused Plaintiff to attempt suicide.

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

7. The Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 87 of the Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varencline) Products Liability Litigation*, MDL No. 2092.

8. The Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, the following damages and causes of action of the Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092:

- ⊗ COUNT I (NEGLIGENCE);
- ⊗ COUNT II (NEGLIGENCE PER SE);
- ⊗ COUNT III (STRICT PRODUCTS LIABILITY – DESIGN DEFECT)
- ⊗ COUNT IV (STRICT PRODUCTS LIABILITY – FAILURE TO WARN);
- ⊗ COUNT V (BREACH OF EXPRESS WARRANTY);
- ⊗ COUNT VI (BREACH OF IMPLIED WARRANTY);
- ⊗ COUNT VII (FRAUDULENT MISREPRESENTATION
- ⊗ COUNT VIII (NEGLIGENT MISREPRESENTATION AND CONCEALMENT);
- ⊗ COUNT IX (GROSS NEGLIGENCE);
- ⊗ COUNT X (UNJUST ENRICHMENT);
- ⊗ COUNT XI (PUNITIVE DAMAGES);
- ⊗ COUNT XII (VIOLATIONS OF STATE CONSUMER FRAUD AND DECEPTIVE TRADE PRACTICES ACTS);
- ○ COUNT XIII (LOSS OF CONSORTIUM);
- ○ COUNT XIV (WRONGFUL DEATH);
- ○ COUNT XV (SURVIVAL);
- ⊗ GLOBAL PRAYER FOR RELIEF;
- ⊗ TOLLING OF LIMITATION PERIOD;
- ○ OTHER STATE LAW CAUSES OF ACTION AS FOLLOWS:

# JURY DEMAND

Plaintiff(s) hereby demands a trial by jury as to all claims in this action.

Dated the 24th day of September, 2012.

                RESPECTFULLY SUBMITTED
                ON BEHALF OF THE PLAINTIFFS,

                **THE LANIER LAW FIRM, PLLC**

By: _/s/ Catherine T. Heacox_

        Catherine T. Heacox, Esq.
        W. Mark Lanier, Esq.
        Richard D. Meadow, Esq.
        126 E. 56th Street, 6th Floor
        New York, New York 10022
        Telephone: (212) 421-2800
        Fax: (212) 421-2878
        Email: CTH@lanierlawfirm.com
        Email: WML@lanierlawfirm.com
        Email: RDM@lanierlawfirm.com

        **Attorneys for Plaintiff**